# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY KRAMARSKI,<br><br>Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:26-cv-01189-NW<br><br>*Judge: Hon. Noel Wise*<br><br>*Magistrate Judge: Hon. Virginia K. DeMarchi*<br><br>~~[PROPOSED]~~ **ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 16, 2026

By: [signature]
Hon. Assigned Judge Noel Wise
United States District Judge